JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEN JOHN PERRI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>DAVINDER SINGH and GEETA SINGH, individually and as Trustees of the SINGH FAMILY TRUST dated August 26, 2013; and DOES 1-10, inclusive,<br><br>Defendant. | Case No. CV 20-cv-01242-AB (GJSx)<br><br>**ORDER DISMISSING CIVIL ACTION AND DISCHARGING ORDER TO SHOW CAUSE** |

THE COURT having been advised that the above-entitled action has been settled hereby DISCHARGES its Order to Show Cause and;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **45 days**, to re-open the action if settlement is not consummated.

1.

This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: March 20, 2020

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE